ROBERT C. SCHOCK, PLAINTIFF-APPELLANT, v. BOARD OF REVIEW, DIVISION OF EMPLOYMENT SECURITY, DEPARTMENT OF LABOR AND INDUSTRY, STATE OF NEW JERSEY, AND PUBLIC SERVICE ELECTRIC & GAS COMPANY, DEFENDANTS-RESPONDENTS.

Argued May 9, 1966—Reargued October 25, 1966
Decided November 7, 1966.

*Mr. George Duggan* argued the cause for plaintiff-appellant.

*Mr. Edward A. Kaplan* argued the cause for defendant-respondent Board of Review, Division of Employment Security, Department of Labor and Industry, State of New Jersey (*Mr. Kaplan* of counsel).

*Mr. Luke A. Kiernan, Jr.* argued the cause for defendant-respondent Public Service Electric and Gas Company.

The opinion of the court was delivered

PER CURIAM. The judgment is affirmed for the reasons set forth in the opinion of Judge Kilkenny for the majority of the Appellate Division. 89 *N. J. Super.* 118 (*App. Div.* 1965). See also: *Sarja v. Iron Range Resources & Rehabilitation, Minn.,* 144 *N. W. 2d* 377 (1966).

The Chief Justice and Justices Jacobs and Proctor dissent and vote to reverse for the reasons expressed in the dissent of Judge Conford in the Appellate Division.

*For affirmance* — Justices FRANCIS, HALL, SCHETTINO and HANEMAN — 4.

*For reversal* — Chief Justice WEINTRAUB and Justices JACOBS and PROCTOR — 3.